UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| ZAROL LEE PITTS, | Case No. CV-16-137-BLG-SPW |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 18) are ADOPTED IN FULL. IT IS FURTHER ORDERED that the Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings.

Dated this 15th day of March, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
   Deputy Clerk