IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 21 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ZAROL LEE PITTS,<br>SSN: XXX-XX-5458,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security<br>Administration,<br><br>Defendant. | CV 16-137-BLG-SPW<br><br>ORDER |

Plaintiff Zarol Lee Pitts ("Pitts"), by and through his attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting his Social Security appeal (Doc. 21). Plaintiff initially requested $7,833.59 in fees representing $2,427.77 for 12.6 hours worked at the rate of $192.68 per hour and $5,404.82 for 27.47 hours worked at the rate of $196.79 per hour.

Counsel for Defendant Commissioner of Social Security ("Commissioner") has been contacted and has stipulated to a reduced fee of $7,500.00.

Upon Plaintiff's stipulated Application for Fees Under the Equal Access to Justice Act (Doc. 21), and for good cause showing:

1

IT IS HEREBY ORDERED that Pitts' Application for Award of EAJA Fees is GRANTED. Pitts shall recover from the Commissioner $7,500.00 in fees.

DATED this 21st day of May, 2018.

SUSAN P. WATTERS
United States District Judge